IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES GERMALIC, Independent Candidate for President, Pro Se, | ) ) ) | 4:08CV3223 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **MEMORANDUM AND ORDER** |
| JOHN A. GAGE, Secretary of State Lincoln, Nebraska, | ) ) ) | |
| Defendant. | ) | |

    This matter is before the court on its own motion. The Complaint in this matter was filed on October 31, 2008. (Filing No. 1.) The court has carefully reviewed the Complaint. While it is not clear, Plaintiff may be requesting emergency injunctive relief. (*Id.* at CM/ECF p. 27.) To the extent Plaintiff seeks emergency relief, or a temporary restraining order, that request is denied.

    IT IS THEREFORE ORDERED that: Plaintiff's request for a temporary restraining order is denied.

November 3, 2008.　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/Richard G. Kopf*
　　　　　　　　　　　　　　　　United States District Judge